# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**PATRICK ANTOON, JR.**                                                                 **PLAINTIFF**

**V.**                            **CASE NO. 5:17-CV-5008**

**SECURUS TECHNOLOGIES, INC.**                                                **DEFENDANT**

## CONSENT JUDGMENT

Plaintiff Patrick Antoon, Jr. and Defendant Securus Technologies, Inc. ("Securus") have agreed to resolve the claims between them herein, by entry of judgment under Fed. R. Civ. P. 68. *See* Doc. 83. Accordingly, the Court finds that, pursuant to the agreement of the parties, Mr. Antoon is entitled to and hereby awarded judgment against Securus on his First Amended Complaint (Doc. 23) in the amount of six hundred thirty-eight dollars and eighty-seven cents ($638.87).

**IT IS SO ORDERED, ADJUDGED, AND DECREED** on this 5th day of March, 2018.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE